IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANDY JOHNSON, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION FILE |
| v. : | |
| : | NO. 1:10-CV-01217-TCB-JFK |
| FOCUS RECEIVABLES : | |
| MANAGEMENT, LLC, : | |
| a Georgia limited liability company, : | |
| : | |
| Defendant. : | |
| : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted,

by:   / s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916
Kris Skaar
Georgia Bar No. 649610

- 1 -

Justin T. Holcombe
Georgia Bar No. 552100

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax

- 2 -